NO. _____

IN THE

SUPREME COURT OF THE UNITED STATES

FILED
MAY 21 2008
MAY 2 1 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gerald Jones
Plaintiff -

Vs.

United States Court
of Appeals, Philip G. Reinhard,
Defendant's -

) From the United States Court of
) Appeals Seventh Circuit
)
) NO. 04-1621
)
)
) 08CV 2970
) JUDGE KENNELLY
) MAGISTRATE JUDGE MASON
)

Leave To File Petition of Mandamus

Now Comes Plaintiff Gerald Jones Pro se, in order to give Notice To the Court for leave to file A Petition of Mandamus Pursuant to 28 U.S.C. § 1651, United States Constitution Article III. § 2, and 28 U.S.C. § 1254. Directed To the Above Named Defendant's. In Support Thereof, Plaintiff states as Follows:

1) leave To File Petition for a writ of Mandamus is an original action before the Court.

2) Plaintiff presents for review issues of law pertaining to him while incarcerated at Pontiac Correctional Center, Pontiac, Illinois, Livingston County.

3) Plaintiff contends that the issues To Be Presented Are Concerning

1

His Rights To: Access To the Court, Right To be Heard, give evidence and Free From strikes of the P.L.R.A, statutes and Rights To Exercise His 1, 14 Amend. Const. entitlement Rights.

4.) Plaintiff alleges in the Petition that: Defendant's Fail And Refused even After Placed on Notice, To Vacate Judgment Required For them To Do Pursuant To U.S. Constitution Article VI § 2, 3, and the Supreme Court of the United States Command To Give Plaintiff the equally lawfully Required Due Process Standards and Analy's when Complying Strikes of the P.L.R.A. and Reviewing Summary Judgment motion. and Refuse To Allow Plaintiff a Opportunity To Prove, Give Evidence

5.) Plaintiff's Petition seeks To Compel the Defendants to: To Vacate the Unconstitutional, Arbitrarily Unauthorize Strikes, and To Be Given the Required Due Process, of Access To the Courts Required By law, Vacate Judgment

6.) Plaintiff Hereby incorporates By Reference All grounds and Allegations Stated in the Petition For a writ of Mandamus, a copy of which is Attached Hereto.

7.) Wherefore, Plaintiff Prays this Court To grant Him leave To File a Petition of Mandamus.

Date: 5-11-08

Respectfully Submitted,
Sign _Gerald Jones_

Gerald Jones
B.13486
P.O. Box 99
Pontiac Ill. 61764

2