

**PRISONER CASE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED MAY 21 2008**

**MAY 21 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | GERALD JONES | **Defendant(s):** | UNITED STATES COURT OF APPEALS, et al. |
| **County of Residence:** | LIVINGSTON | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Gerald Jones
B-13486
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

**08CV 2970**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

**Origin:**
✓ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 28:1361

**Jury Demand:** ☐ Yes ✓ No

**Signature:** M. Burke    **Date:** 5/21/08