RECEIVED
MAY 2 1 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO. _____

IN THE
Supreme Court of the United States

Gerald Jones
Plaintiff -

v.

United States Court of Appeals,
Philip G. Reinhard,
Defendants -

From the United States Court of Appeal Seventh Circuit

NO. 04-1621

08CV 2970
JUDGE KENNELLY
MAGISTRATE JUDGE MASON

## Petition For Writ of Mandamus

Now comes Plaintiff Gerald Jones Pro se, in order to give Notice to the Court for leave to file a Petition for writ of Mandamus pursuant to 28 U.S.C. § 1651, United States Constitution Article III, §2, and 28 U.S.C. 1254, Directed to above named Defendants. In support thereof, Plaintiff state as follows:

1.) Plaintiff is currently incarcerated at Pontiac Correctional center, Pontiac, Illinois Livingston County Plaintiff is serving a sentence of Natural Life years for the charge of Murder and Attempt-Murder.

2.) Defendant, United States Court of Appeals 7th Cir. is the Court of Appellate Jurisdiction, and is responsible for to support

1

the U.S. Constitution carry out and follow the U.S. Supreme Court command and vacate, reverse all judgments required by law to give evidence and vacate a void order.

And Defendant, Philip G Reinhard is the District Judge in the Northern Dist. of Illinois, and is responsible as such for to carry out and follow the U.S. Supreme Court command and vacate all judgments required by law, give Plaintiff a right to be heard and notice before sua sponte dismissals, and review of Due Process. Allow Plaintiff to give evidence, and vacate void judgment court orders

3) Plaintiff has requested that the Defendants perform specific above stated responsibilities specific duties, and a notice that a mandamus will be filed to compel if refused. The all Defendants have refused to perform such duties regardless of Plaintiff's clear entitlements to performance of the specific duties required by law which are set forth as follows:

(1) Defendants refuse to comply the Prison Litigation Reform Act as written, required by law (2) vacate all strikes arbitrarily declared against Plaintiff under abuse of authority, unauthorized by statute and in violation of Due Process, that's infringing depriving his 1, 14 Amend. Const. Rights without due process of the laws, 3) Refuse to give Plaintiff the Due Process protections and carry out the correct Due Process review when screening a pro se complaint to see have Plaintiff stated a claim require by the U.S. Supreme Court and Constitution, refuse to allow give evidence  See (Exhibit Doc.) Exhibits T, C, and ment

4) As a result of Defendants actions, Plaintiff will and have suffered irreparable damages and being subjected to:

2

Deprived Access to the Courts, and in a Discriminational manner, Deprived his 1, 14, Amendment Rights without Due Process of the law. See Exhibit Doc, and Exhibit, Jail

5.) Wherefore, Plaintiff prays the Court will grant any such relief as the Court deems just and necessary by ruling Defendants actions of refusing to vacate Judgment the three strikes not authorize by the statute but given under a misrepresentation of the statute was a abuse of discretion and breach of duty required by law to do, and give the correct Due Process fairly review and rights to give evidences, and a breach of ministerial duties

6.) Wherefore, Plaintiff, further prays the Court will issue an Order of Mandamus compelling Defendants to: vacate the three strikes and Judgment thats depriving Plaintiff the Due Process Protections and equal protection of the laws and access of the Court without Due Process of the law. — and grant Plaintiff leave to file brief in support of Petition of Mandamus where needed. — and grant any other additional relief necessary. And the right to give evidence

7.) Plaintiff brings this Petition of Mandamus before this Court pursuant to: where law authorizes and 28 U.S.C. § 1651 and U.S. Constitution III. § 2, and 28 U.S.C. § 1254

8.) A Mandamus of law is attached and is incorperate in concret of and in support of with this Petition for writ of Mandamus. that verify also Defendants duties to vacate Judgment.

3

THUS THEREFORE Plaintiff Files this Petition in good Faith

Dated: 5-11-08   Respectfully Submitted,
Sign *Gerald Jones*

Gerald Jones
B.13486
P.O. Box 99
Pontiac, Ill. 61764

4