Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2970 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Gerald Jones vs. United States Court of Appeals, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the Court denies plaintiff's motion for leave to file petition of mandamus. The Court also denies plaintiff's application to proceed *in forma pauperis*. The Clerk is directed to terminate this case.

■[ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

## STATEMENT

*Pro se* plaintiff Gerald Jones has filed in this District a document that appears on its face to be a petition for mandamus that he intended to file in the Supreme Court - as the document's heading bears that Court's title. And even if Mr. Jones intended to file the petition in this District, that would be inappropriate, because this Court lacks authority to issue a writ of mandamus to a superior court, namely, the United States Court of Appeals for the Seventh Circuit.

| | Courtroom Deputy Initials: | mk |
|---|---|---|