UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gerald Jones
PLAINTIFF

Vs.

UNITED States Court
of Appeals, et Al.

No. 08 C 2970
OR
To Authorities of handling this situation.

## Notice To Clerk And the Court

I Plaintiff Gerald Jones sent to the Clerk of Judge Philip G. Reinhard as being a Defendant a copy of the Mandamus being file in the U.S. Supreme Court required by law. Apparently the clerk mistakenly filed the Mandamus, which was only a copy for the Defendant Philip G. Reinhard Northern Dist. Judge.

Thus there Plaintiff state that, that copy go's to Judge (Northern Dist.) Philip G. Reinhard as originally sent for that purpose only. It was not suppose of been filed. It is to be sent to the mention party.

Thank you,
Respectfully Submitted.

Gerald Jones